IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 08-777-KI |
| vs. | ) ) | ORDER |
| JACQUELYN O'ROARK, an Oregon resident; LINDA DEMING, a California resident; JAMES MORRIS, a California resident; FAYE MORRIS, a California resident; DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Scott J. Kaplan
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, Oregon  97204

    Attorney for Plaintiff

Page 1 - ORDER

Margaret M. Fiorino
Attorney at Law
P. O. Box 14068
Portland, Oregon  97293-0068

       Attorney for Defendant

KING, Judge:

       Plaintiff Jackson National Life Insurance Company is awarded $2,880.00 in attorney fees and $350.00 in costs.

       IT IS SO ORDERED.

       Dated this    5th    day of December, 2008.

                            /s/ Garr M. King
                            Garr M. King
                            United States District Judge